UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PEDRO JERONIMO PASCUAL LUCAS,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-830-CAB-JLB

**ORDER REQUIRING BOND HEARING**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Pedro Jeronimo Pascual Lucas. [Doc. No. 1 ("Petition").] Petitioner claims his detention without a bond hearing violates the Immigration and Nationality Act and the Fifth Amendment. [*Id.* at 9–11.]

Respondents' return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 3 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated

1

regulations by **March 5, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **March 6, 2026**.

It is **SO ORDERED**.

Dated:  February 19, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2