UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PEDRO JERONIMO PASCUAL LUCAS,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-830-CAB-JLB

**ORDER CLOSING CASE**

Petitioner Pedro Jeronimo Pascual Lucas filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 3], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 5]. Petitioner subsequently received a bond hearing on February 25, 2026.  [Doc. No. 6.]

///

///

///

///

///

1

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  March 25, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge